IN THE UNITED STATES BANKRUPTCY COURTS
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Rocky O. Bodzer | ) | Case No: 18-24658-CMB |
| | ) | |
| Debtors | ) | CHAPTER 13 |
| | ) | |
| | ) | Doc. No. 52 |
| Rocky O. Bodzer | ) | |
| | ) | |
| Movants | ) | |
| | ) | |
| v. | ) | |
| No respondent(s) | ) | |

DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

AND NOW, comes the Debtor, Rocky O. Bodzer, by and through his counsel, Anthony M. Moody, Esq., and certifies under penalty of perjury that the following statements are correct:

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor has not been required by judicial or administrative order, or by statute, to pay any domestic support obligation.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On December 4, 2018, the Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by completing a Certification of Completion of Post-petition Instructional Course in Personal Financial Management, with the Certificates of Completion attached to the form. This was filed on January 15, 2019 and is reflected at Doc. No. 23.

This Certification is being signed under penalty of perjury by Anthony M. Moody, the Undersigned Counsel, who duly questioned the Debtor about the statements in this Certification and verified the answers in support of this Certification.

Dated: May 17, 2022

/s/ Anthony M. Moody
Anthony M. Moody
Attorney for Debtor
PA Attorney ID# 86482

Moody Law Offices
90 West Chestnut Street
Ste. 603
Washington, PA 15301
amoody@moodylawoffices.com
phone: 412-227-0867
fax: 412-227-0451