IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   ROCKY O. BODZER

        Debtor(s)

   Ronda J. Winnecour
        Movant
        vs.
   No Repondents.

Case No.:18-24658

Chapter 13

Related to: Document No. 46

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this ___17th___ day of ___May___, 20_22_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
5/17/22 12:55 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_Carlota M. Böhm_     glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                      Case No. 18-24658-CMB
Rocky O. Bodzer                                                                                 Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                              User: auto                                               Page 1 of 2
Date Rcvd: May 17, 2022                     Form ID: pdf900                                        Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol      Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Rocky O. Bodzer, 409 8th Avenue, Elizabeth, PA 15037-1423 |
| 14958885 | + | Freedom Mortgage Corporation, 1000 Atrium Way, 3rd Floor, Mt. Laurel, NJ 08054-3902 |
| 15425750 | + | Mario Hanyon, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 14958891 | + | Mon Valley Hospital, 1163 Country Club Road, Monangahela, PA 15063-1095 |
| 14958892 | + | Phellan Hallinan Diamond & Jones, Attn: Kenya Bates, Esq., One Penn Center, 1617 JFK Boulevard - Suite 1400, Philadelphia, PA 19103-1814 |
| 14983555 | | UPMC Physician Services, PO Box 1123, Minneapolis MN 55440-1123 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14958882 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 17 2022 23:48:24 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14958883 | + | Email/Text: documentfiling@lciinc.com | May 17 2022 23:50:00 | Comcast, One Comcast Center, 1701 John F. Kennedy Blvd, Philadelphia, PA 19103-2899 |
| 14958884 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | May 17 2022 23:48:38 | First Premier Bank, 601 S. Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 15425751 | + | Email/Text: Bankruptcy@Freedommortgage.com | May 17 2022 23:51:00 | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14958886 | | Email/Text: Bankruptcy@Freedommortgage.com | May 17 2022 23:51:00 | Freedom Mortgage Corporation, P.O. Box 619063, Dallas, TX 75261-9063 |
| 14984168 | + | Email/Text: Bankruptcy@Freedommortgage.com | May 17 2022 23:51:00 | Freedom Mortgage Corporation, Freedom Mortgage Corp., Attention: Bankruptcy Department, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14958887 | + | Email/Text: ashley@frickfin.org | May 17 2022 23:51:00 | Frick Tri-County Federal Credit Union, 235 Pittsburgh Street, Uniontown, PA 15401-2751 |
| 14958888 | | Email/PDF: gecsedi@recoverycorp.com | May 17 2022 23:58:55 | Home Shopping Club, PO BOX 29116, CW3J, Shawnee Mission, KS 66201 |
| 14958889 | | Email/PDF: gecsedi@recoverycorp.com | May 18 2022 00:00:16 | JCPenney Rewards Card/ GE Capital Bank, PO BOX 965007, Orlando, FL 32896-5007 |
| 14958890 | + | Email/Text: bankruptcy@marinerfinance.com | May 17 2022 23:50:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14988032 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 17 2022 23:48:10 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14959227 | + | Email/PDF: rmscedi@recoverycorp.com | May 17 2022 23:48:39 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14968505 | + | Email/Text: JCAP_BNC_Notices@jcap.com | May 17 2022 23:51:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |

14958893 + Email/Text: bankruptcy@sccompanies.com
May 17 2022 23:51:00    Seventh Avenue, 1112 7th Avenue, Monroe, WI 53566-1364

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Freedom Mortgage Corporation |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Anthony M. Moody | on behalf of Debtor Rocky O. Bodzer amoody@moodylawoffices.com moodyar81455@notify.bestcase.com |
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com |
| Maria Miksich | on behalf of Creditor Freedom Mortgage Corporation mmiksich@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Sherri J. Smith | on behalf of Creditor Freedom Mortgage Corporation ssmith@pincuslaw.com brausch@pincuslaw.com |
| Thomas Song | on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com |

TOTAL: 10